IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-454-MOC-DCK

| KIMBERLY DENNIE, and KIRK LAYNE, | ) | |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| BANK OF AMERICA, N.A., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Local Counsel David M. Wilkerson on July 23, 2024.

Applicant Sophia G. Gold seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Sophia G. Gold is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: July 23, 2024

David C. Keesler
United States Magistrate Judge