UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **KIMBERLY DENNIE** and **KIRK LAYNE**, *individually, on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**BANK OF AMERICA, N.A.**,<br><br>　　　　　　　　　　Defendant. | Case No. 3:24-cv-00454-MOC-DCK<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

　　Plaintiffs, Kimberly Dennie and Kirk Layne, by and through her attorneys of record, hereby notify the Court that, on November 18, 2025, the parties reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents.

　　Based on the foregoing, the parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement.

Dated: December 2, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ David M. Wilkerson*
　　　　　　　　　　　　　　　　　　　　　　David M. Wilkerson
　　　　　　　　　　　　　　　　　　　　　　**WILKERSON JUSTUS PLLC**
　　　　　　　　　　　　　　　　　　　　　　9 SW Pack Square, Suite 301
　　　　　　　　　　　　　　　　　　　　　　Asheville, NC 28801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (828) 316-6902
　　　　　　　　　　　　　　　　　　　　　　dwilkerson@wilkersonjustus.com

　　　　　　　　　　　　　　　　　　　　　　Sophia G. Gold (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　**KALIELGOLD PLLC**

950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783
sgold@kalielgold.com

Adam Schwartzbaum (admitted *pro hac vice*)
**EDELSBERG LAW P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
adam@edelsberglaw.com

Edwin E. Elliott (admitted *pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
edwine@shamisgentile.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                */s/ David M. Wilkerson*
                David M. Wilkerson